**No. 10-7224. Unula B. Abebe, Petitioner v. Matthew J. Perry, Jr.**

562 U.S. 1148, 131 S. Ct. 926, 178 L. Ed. 2d 772, 2011 U.S. LEXIS 502.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 282.

**No. 10-7225. Tyrone Bateman, Petitioner v. Missouri.**

562 U.S. 1148, 131 S. Ct. 927, 178 L. Ed. 2d 772, 2011 U.S. LEXIS 215.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 318 S.W.3d 681.

**No. 10-7232. Travis Ray Thompson, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

562 U.S. 1148, 131 S. Ct. 927, 178 L. Ed. 2d 772, 2011 U.S. LEXIS 342.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 639.

**No. 10-7237. Sylvester Barbee, Petitioner v. Correctional Medical Services, et al.**

562 U.S. 1148, 131 S. Ct. 927, 178 L. Ed. 2d 772, 2011 U.S. LEXIS 178.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 394 Fed. Appx. 337.

**No. 10-7239. Jose Rodriguez, Petitioner v. Jeff Woods, Warden.**

562 U.S. 1148, 131 S. Ct. 928, 178 L. Ed. 2d 772, 2011 U.S. LEXIS 540.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7242. Ronald Lee Brown, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1148, 131 S. Ct. 928, 178 L. Ed. 2d 772, 2011 U.S. LEXIS 421.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-7252. Aston Baker, Petitioner v. Charles Simpson, et al.**

562 U.S. 1149, 131 S. Ct. 928, 178 L. Ed. 2d 772, 2011 U.S. LEXIS 533.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 613 F.3d 346.

**No. 10-7253. Antonio Davis, Petitioner v. Michigan.**

562 U.S. 1149, 131 S. Ct. 929, 178 L. Ed. 2d 772, 2011 U.S. LEXIS 231.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.